PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Judge J. Thomas Greene<br>DECK TYPE: Criminal<br>DATE STAMP: 07/14/2004 @ 10:19:17<br>CASE NUMBER: 2:04CR00450  JTG |
| Plaintiff, | |
| | INDICTMENT |
| vs. | |
| MARK RICHARD PATRICK, | VIO: 18 U.S.C. § 2422(b),<br>Coercion and Enticement For Illegal<br>Sexual Activity |
| Defendant. | |

---

The Grand Jury charges:

### COUNT I

Between on or about March 18, 2004, through on or about March 21, 2004, in the Central Division of the District of Utah and elsewhere,

MARK RICHARD PATRICK

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the

age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, or attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

### Additional and Distinct Allegation(s) Regarding Count I

It is further alleged that in regard to Count I:

1. The commission of the offense contained in Count I involved the persuasion, inducement, enticement, and coercion of an individual the defendant believed to be a thirteen year old girl for sexual activity, but did not involve the actual commission of a sexual act.

2. A computer was used to persuade, induce, entice, and coerce the victim to engage in prohibited sexual conduct

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
MICHELE M. CHRISTIANSEN
Assistant United States Attorney